IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-559-D

| | |
|---|---|
| KIMBLY C. BUFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CENTURYLINK, formerly EMBARQ ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

On December 22, 2010, plaintiff Kimbly C. Bufford and defendant Embarq Management Corporation filed a joint motion to correct case caption [D.E. 29]. Pursuant to Local Civil Rule 77.2(j), the matter comes before the undersigned.

The joint motion to correct case caption is DENIED [D.E. 29].

SO ORDERED. This ___ day of January 2011.

Dennis P. Iavarone
Clerk of Court