IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:09-CV-00559-D

| KIMBLY C. BUFFORD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING JOINT MOTION** |
| v. | ) | **TO STAY DISCOVERY** |
| | ) | |
| EMBARQ MANAGEMENT COMPANY, | ) | |
| Defendant. | ) | |

This case comes before the court on Defendants' Joint Motion to Stay Discovery. In the motion, the parties request that the court stay discovery pending the completion of mediation. Good cause having been shown for the request, the motion is ALLOWED. Discovery in this matter is hereby stayed pending the completion of mediation on October 17, 2011.

SO ORDERED. This 22 day of September 2011.

JAMES C. DEVER III
United States District Judge